# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0224. OLUSOLA ORIYOMI v. OMOLOLA ORIYOMI.

On July 30, 2025, the trial court issued a final judgment and decree of divorce between Olusola Oriyomi ("Husband") and Omolola Oriyomi ("Wife") that reserved the issue of the amount of attorney fees to be awarded to Wife. On August 18, 2025, the trial court issued an order awarding Wife $10,000 in attorney fees under OCGA § 19-6-2. On November 26, 2025, Husband filed this application for discretionary review.

Husband states in his application that he filed a timely motion for new trial and that the trial court denied it. However, Husband has not provided a copy of the motion or the denial thereof.[1] Without these materials, we cannot determine whether the application was timely filed. See OCGA § 5-6-35(d) (a discretionary application must be filed within 30 days of entry of the order to be appealed, and when a motion for new trial has been filed, the application must be filed within 30 days of entry of the order disposing of the motion). See also *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (an appellate court lacks jurisdiction over an untimely discretionary application). Husband, as the applicant, bears the burden of showing that we have jurisdiction and that his application should be granted. See *Harper v. Harper*, 259 Ga. 246, 246 (378 SE2d 673) (1989). See also Court of Appeals Rule 31(f) (discretionary applications must include sufficient material to apprise this Court of the

---

[1] Husband also does not specifically state when he filed the motion or when the trial court denied it.

appellate issues and to support the arguments advanced).

Based on the available materials, it appears that this application is untimely because it was filed more than 30 days after entry of the trial court's order awarding attorney fees to Wife. Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   12/10/2025*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*